```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALCOR ULUSLARARASI TASIMACILIK          :
DENIZCILIK TICARET LTD. STI.
                                        :
                         Plaintiff,             09 cv 1477 (TPG)
                                        :
         -v-                                     ORDER
                                        :
SALTA LTD and AMS TRUSTEES LTD.
                                        :
                         Defendants.
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/09

Upon the application of non-party Safra National Bank of New York ("Safra"), by the declaration of Peter Javier, and after having heard from Barry R. Fischer, Esq., of Fischer & Mandell, LLP, in support of the application, and Leroy Corsa, Esq. in opposition, the Court finds that Deutsche Bank made an error in garnishing the amount of $271,599.21 from a wire transfer made by Brooke Enterprises Group Co Ltd. ("Brooke") from its account at Safra to its account at Safra International Bank and Trust Ltd. in the Bahamas. It is hereby,

**ORDERED**, that Deutsche Bank complete the wire transfer dated March 5, 2009 so that the amount of $271,599.21 now being garnished by Deutsche Bank will be delivered as instructed to Brooke's account at Safra International Bank and Trust Ltd. in the Bahamas.

Dated: New York, New York
April 7, 2009

SO ORDERED:

_____
U. S. D. J.